IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03068-NYW

MORGAN DUNN,

Plaintiff,

v.

JANE MICELI, M.D.; and EATING RECOVERY CENTER, L.L.C.

Defendants.

_____

**DEFENDANT JANE MICELI, M.D.'S DESIGNATION OF NONPARTIES AT FAULT**
_____

Defendant Jane Miceli, M.D., through counsel, Hall & Evans, L.L.C., and pursuant to § 13-21-111.5(3)(b), C.R.S., designates the following nonparties that may be wholly or partially at fault in causing or contributing to cause of some or all of the damages that Plaintiff claims here:

1. **Hanford Dunn**, 6121 Preston Haven, Dallas, Texas 75230. Upon information and belief, Mr. Dunn is Plaintiff's older brother. The conduct of Plaintiff's brother caused physical and emotional injury to Plaintiff through acts including, but not limited to, his sexual abuse of the Plaintiff. Upon information and belief, the actions and inactions of Plaintiff's brother caused or contributed to Plaintiff's current mental and medical conditions, including, but not limited to, post-traumatic stress disorder, eating disorders, substance abuse issues, and other mental health conditions. He is at fault and responsible for some or all of Plaintiff's claimed injuries, damages and losses. The

negligence of Hanford Dunn must be considered as a cause of Morgan Dunn's claimed injuries and losses in this matter.

This designation may be supplemented following discovery, including, but not limited to, the depositions of Plaintiff, Plaintiff's brother, Ms. Dunn, and Mr. Dunn.

2.     **Martha Dunn**, 6121 Preston Haven, Dallas, Texas 75230.  Upon information and belief, Ms. Dunn is the Plaintiff's mother.  The conduct of Martha Dunn caused or contributed to Plaintiff's current mental and medical conditions through acts including, but not limited to, failure to prevent or stop Plaintiff's brother from sexually abusing her in childhood, failure to monitor and supervise the Plaintiff after her release from ERC, and infliction of mental and emotional trauma on the Plaintiff.  Upon information and belief, the actions and inactions of Plaintiff's mother caused or contributed to Plaintiff's current mental and medical conditions, including, but not limited to, post-traumatic stress disorder, eating disorders, substance abuse issues, and other mental health conditions.  She is at fault for some or all of Plaintiff's claimed injuries, damages and losses.  The negligence of Martha Dunn must be considered as a cause of Morgan Dunn's claimed injuries and losses in this matter.

This designation may be supplemented following discovery, including, but not limited to, the depositions of Plaintiff, Plaintiff's brother, Ms. Dunn, and Mr. Dunn.

3.     **Steven R. Dunn, Esq.**, 6121 Preston Haven, Dallas, Texas 75230.

Upon information and belief, Mr. Dunn, Esq. [hereinafter, "Mr. Dunn"] is the Plaintiff's father.  The conduct of Steven R. Dunn caused or contributed to Plaintiff's current mental and medical conditions through acts including, but not limited to, failure

to prevent or stop Plaintiff's brother from sexually abusing her in childhood, failure to monitor and supervise the Plaintiff after her release from ERC, and infliction of mental and emotional trauma on the Plaintiff. Upon information and belief, the actions and inactions of Plaintiff's father caused or contributed to Plaintiff's current mental and medical conditions, including, but not limited to, post-traumatic stress disorder, eating disorders, substance abuse issues, and other mental health conditions. He is at fault for some or all of Plaintiff's claimed injuries, damages and losses. The negligence of Steven Dunn must be considered as a cause of Morgan Dunn's claimed injuries and losses in this matter.

This designation may be supplemented following discovery, including, but not limited to, the depositions of Plaintiff, Plaintiff's brother, Ms. Dunn, and Mr. Dunn.

DATED this 11th day of February, 2015.

*s/ Deanne C. McClung*
Deanne C. McClung
Mary K. Lanning
Joan S. Allgaier
HALL & EVANS, L.L.C.
1001 17th Street, Suite 300
Denver, Colorado 80202
(303) 628-3367
(303) 628-3368/fax
mcclungd@hallevans.com
lanningm@hallevans.com
allgaierj@hallevans.com

Attorneys for Defendant Jane Miceli, M.D.

3

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 11th day of February, 2015, a true and correct copy of the foregoing **DEFENDANT JANE MICELI, M.D.'S DESIGNATION OF NONPARTIES AT FAULT** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties at the following e-mail address:

Steven R. Dunn, Esq.
sdunnfirm@aol.com

       */s/ Corine Carter*