## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03068-MSK-NYW

MORGAN DUNN,

    Plaintiff,

v.

JANE MICELI, M.D., and
EATING RECOVERY CENTER, L.L.C.,

    Defendants.

## MINUTE ORDER

Entered By Magistrate Judge Nina Y. Wang

    This civil action comes before the court on Defendant Eating Recovery Center, L.L.C.'s ("Defendant") Motion to Withdraw as Counsel ("Motion to Withdraw"). [#36, filed March 9, 2015]. Also before the court is Defendant's Motion for Extension of Time to Serve Initial Disclosures ("Motion for Extension"). [#37, filed March 9, 2015]. These matters were referred to this Magistrate Judge pursuant to the Order Referring Case dated March 9, 2015 [#29] and the memoranda dated March 10, 2015 [#39 and #40, respectively].

    IT IS ORDERED:

(1) The Motion to Withdraw is **GRANTED**, Paul E. Collins, Robert B. Hall, III, and the law firm of Treece Alfrey Musat P.C. are granted leave to withdraw from the representation of Defendant, and are to be removed from the electronic service;

(2) The Motion for Extension is **GRANTED**, Defendant shall serve its Rule 26 Disclosures on or before **March 23, 2015**.

DATED: March 11, 2015