IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 14-cv-03068-MSK-NYW | Date: | April 14, 2015 |
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-205 |

| *Parties* | *Counsel* |
|---|---|
| MORGAN DUNN, | *Steven R. Dunn* |
| **Plaintiff,** | |
| v. | |
| JANE MICELI, | *Deanne C. McClung* |
| EATING RECOVERY CENTER, LLC, | *Mary Kaluk Lanning* |
| | *David James Nowak* |
| **Defendants.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTIONS HEARING**

Court in Session: 11:01 a.m.

Appearances of counsel.

Argument held on Defendant Jane Miceli, M.D.'s Motion to Disqualify Plaintiff's Father, Steven R. Dunn, Esq., from Representing Plaintiff [28], filed March 9, 2015.

For reasons stated on the record, it is

**ORDERED: Defendant Jane Miceli, M.D.'s Motion to Disqualify Plaintiff's Father, Steven R. Dunn, Esq., from Representing Plaintiff [28] is SUBMITTED and TAKEN UNDER ADVISEMENT.**

Argument held on Defendant Jane Miceli, M.D.'s Motion for Extension of Time in Which to Designate Nonparties at Fault [13], filed February 11, 2015.

For reasons stated on the record, it is

**ORDERED: Defendant Jane Miceli, M.D.'s Motion for Extension of Time in Which to Designate Nonparties at Fault [13] is SUBMITTED and TAKEN UNDER ADVISEMENT.**

Argument held on Plaintiff's Motion to Strike Defendant's Designation of Non-Party at Fault [15], filed February 12, 2015.

For reasons stated on the record, it is

**ORDERED: Plaintiff's Motion to Strike Defendant's Designation of Non-Party at Fault [15] is SUBMITTED and TAKEN UNDER ADVISEMENT.**

Argument held on Defendant Jane Miceli, M.D.'s Motion to Compel the Identification of Reviewing Expert [27] filed March 9, 2015.

For reasons stated on the record, it is

**ORDERED: Defendant Jane Miceli, M.D.'s Motion to Compel the Identification of Reviewing Expert [27] is SUBMITTED and TAKEN UNDER ADVISEMENT.**

Separate order to issue.

Court in Recess:  11:54 a.m.   Hearing concluded.     Total time in Court:  00:53