IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 14-cv-03068-MSK-NYW

MORGAN DUNN,

      Plaintiff,

v.

JANE MICELI, M.D.;
EATING RECOVERY CENTER, LLC.,

      Defendants.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a)(1), the following Final Judgment is hereby entered.

Pursuant to the Electronic Text Order by Chief Judge Marcia S. Krieger (**Doc. #83**) filed on October 6, 2015, adopting the recommendation issued by the Magistrate Judge (**Doc. #79**) to Dismiss the action for failure to prosecute (**Doc. #64, #77**) and denying Motion to Dismiss (**Doc. #69**) and Motion for Joinder (**Doc. #71**) as moot, it is

ORDERED that:

The Recommendation of Magistrate Judge Wang (**Doc. #79**) is **ADOPTED** in accordance with (**Doc. #83**). The Action is DISMISSED.

The case will be closed.

Dated this 7th day October, 2015.

                                                ENTERED FOR THE COURT:
                                                JEFFREY P. COLWELL, CLERK

s/Patricia Glover
Deputy Clerk